UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-CR-00058-MOC-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| JAYCE CHRISTOPHER THOMPSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Indictment Without Prejudice (#19). Finding good cause for dismissal, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Bill of Indictment Without Prejudice (#19), is **GRANTED**, and the indictment in the above-captioned matter is **DISMISSED WITHOUT PREJDUICE** as to Defendant.

Signed: December 4, 2020

Max O. Cogburn Jr
United States District Judge